UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x
CATAHAMA, LLC, as assignee of FRESH :
HARVEST RIVER LLC, :
: Civ. No. 2:10-CV-01140 (TFM)
                 Plaintiff, :
:
  v. : Honorable Terrence F. McVerry
:
KERRY INC, and the :
KERRY GROUP plc, :
:
                Defendant. :
------------------------------------------------------------------x

**DEFENDANTS KERRY INC. AND KERRY GROUP PLC'S MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56(c)**

    Defendants Kerry Inc. and Kerry Group plc hereby file these Motions for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c) and, in support thereof, aver as follows:

    1.    Plaintiff Catahama LLC ("Plaintiff"), as purported assignee of Fresh Harvest River LLC ("FHR") contends that Defendants should be liable for damages resulting from their alleged breaches of two agreements with FHR.

    2.    Based on the facts and authorities set forth in Defendants' Memorandum of Law, submitted concurrently with the filing of these Motions and which are incorporated herein by reference, Defendants are entitled to judgment as a matter of law in their favor dismissing this action with prejudice.

    3.    Appended to these Motions as support for Defendants' request is Defendants' Concise Statement of Undisputed Material Facts and Appendix of exhibits supporting the same.

{J1719523.1}

WHEREFORE, Defendants Kerry Inc. and Kerry Group plc, respectfully request that this Court grant these Motions for Summary Judgment and enter judgment in their favor and dismiss this action with prejudice.

Dated: February 15, 2013

Respectfully submitted,

*s/ Mark A. Willard*
Mark A. Willard
Audrey K. Kwak
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone:  (412) 566-6000
Facsimile:  (412) 566-6099

Michael R. Feagley
Emily M. Emerson
Arí Z. Cohn
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 701-7826
Facsimile:  (312) 701-7711

*Attorneys for Kerry Inc. and the Kerry Group plc*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Defendant Kerry Inc. and the Kerry Group plc's Motions for Summary Judgment and Concise Statement of Undisputed Facts were served upon the following persons via operation of the Court's CM/ECF System this 15th day of February, 2013:

Jason Levin, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street
25th Floor
New York, NY 10017

*s/ Mark A. Willard*

{J1719523.1}